# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-40129
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 18, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MARIA DEL CARMEN SARABIA,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:17-CR-358-2

Before SMITH, WIENER, and WILLETT, Circuit Judges.

PER CURIAM:[*]

Without benefit of a plea agreement, Defendant-Appellant Maria Del Carmen Sarabia pleaded guilty to conspiracy to possess with intent to distribute methamphetamine and to two counts of aiding and abetting possession with intent to distribute methamphetamine. On appeal, she contends that the judgment reflects incorrect end dates for all three offenses.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-40129

The Government concurs, and our independent review of the record confirms the clerical error.

Federal Rule of Criminal Procedure 36 states: "After giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." A limited remand is appropriate here and is GRANTED for the sole purpose of correcting the judgment to reflect correct end dates for each offense. The judgment is otherwise AFFIRMED.